[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-13055

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JANAYA LENISE BIBB,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:19-cr-00466-ACA-JHE-13

_____

2                    Opinion of the Court                    22-13055

Before WILSON, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

Wilson F. Green, appointed counsel for Janaya Lenise Bibb in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bibb's conviction and sentence are **AFFIRMED**.